**HARRY M. DRANDELL #109293**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 441-0441
FAX (559) 485-3852

ATTORNEYS FOR   Defendant, Jesse Montanez

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

***********

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.: 1:17-cr-0039 DAD-BAM** |
| **Plaintiff,** | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| **JESSE MONTANEZ,** | **DATE:** October 23, 2017<br>**TIME:** 1:00 p.m. |
| **Defendant.** | **JUDGE:** Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for the plaintiff, and Harry M. Drandell, counsel for defendant Jesse Montanez, that the status conference currently scheduled for October 23, 2017, at 1:00 p.m. be continued to November 15, 2017, at 11:00 a.m. Defendant requests the continuance to join the status conference for co-defendant Travis McGuire currently set for November 15, 2017, at 11:00 a.m. Defendant believes it is in the interest of judicial economy to conduct a status conference for the two co-defendants on the same date and time.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (h)(7)(B)(I) and

1

(iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the October 23, 2017, status conference for *inter alia* defense trial preparation.

                              Respectfully submitted,

                              Phillip Talbert
                              United States Attorney

Date: October 6, 2017                 /s/ Vincenza Rabenn
                              VINCENZA RABENN
                              Assistant United States Attorney
                              Attorney for Plaintiff


Date: October 6, 2017                 /s/ Harry M. Drandell
                              HARRY M. DRANDELL
                              Attorney for Defendant
                              Jesse Montanez

## **ORDER**

**IT IS SO ORDERED** that the Status conference currently set for October 23, 2017, is hereby continued to November 15, 2017. Time shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

   Dated:   **October 6, 2017**                 /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE